IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LAKEYTA VINSON                                                              PLAINTIFF

vs.                                       CIVIL ACTION NO. 1:22cv327HSO-RPM

LIBERTY MUTUAL PERSONAL INSURANCE
COMPANY; ROOT INSURANCE COMPANY
and JOHN DOES 1-3                                    DEFENDANTS

## **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

THE PARTIES have agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket.

IT IS, THEREFORE, ORDERED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs.

SO ORDERED, this the 17th day of July, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Presented by:

Lakeyta Vinson, Plaintiff *Pro Se*

F. Hall Bailey (MSB #1688)
Attorney for Defendant, Liberty Mutual Personal Insurance Company

Charles C. Wimberly, III (MSB #101375)
Attorney for Defendant, Root Insurance Company