IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LAKEYTA VINSON**                                                              **PLAINTIFF**

**v.**                                           **Civil No. 1:22cv327-HSO-RPM**

**LIBERTY MUTUAL PERSONAL
INSURANCE COMPANY, ROOT
INSURANCE COMPANY, and JOHN
DOES 1-3**                                                 **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Agreed Order of Dismissal with Prejudice entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 17th day of July, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE